# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SCOTT MORTIMER | : | No. 44 WAL 2024 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| ANDRITZ HERRVOSS STAMCO | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: SCOTT MORTIMER | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.